1  **Ann A. Hull**
     SBN:  252855,  a.hull@annhull.com
2  **LAW OFFICES OF ANN A. HULL, INC.**
   21900 Burbank Blvd., Third Floor
3  Woodland Hills, CA 91367
   Telephone:  (818) 606-6618
4  Facsimile:  (818) 322-1321
         ~and~
5
   **Daniel I. Barness**
6    SBN 104203, Daniel@BarnessLaw.com
   **BARNESS & BARNESS** LLP
7  13636 Ventura Blvd.
   Los Angeles, CA 91423
8  Telephone:  (310) 594-3011
   Facsimile:   (818) 906-2638
9
   Attorneys for **Dena Byrd, Plaintiff**

# UNITED  STATES DISTRICT COURT
# CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA BYRD, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DRIVERS MANAGEMENT, LLC,<br>doing business as WERNER ENTERPRISE, INC. a California limited liability company; HIRERIGHT, a business entity doing business in California; DRIVERS IQ, a North Carolina corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:21-cv-00987 JGB-KK<br>[Removed from San Bernardino Superior Court, Case No. CIV SB 2106666]<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HIRERIGHT, LLC ONLY** |

**THE COURT,** having considered "Plaintiff's Request for Dismissal with Prejudice as to Defendant Hireright, LLC", and good cause appearing therefor,

**HEREBY ORDERS:**

The captioned action is hereby dismissed with prejudice as to HireRight only.

**SO ORDERED.**

Dated: September 21, 2021

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE