DANIEL BARNESS, Bar No. 104203
Daniel@BarnessLaw.com
BARNESS & BARNESS LLP
13636 Ventura Boulevard
Los Angeles, CA 91423
Telephone: (310) 594-3011
Fax No.:    (818) 906-2638

ANN A. HULL, Bar No. 252855
a.hull@annhull.com
Law Offices of Ann A. Hull, Inc.
Burbank, CA 91506
21900 Burbank, Blvd. Third Floor
Telephone: (818) 992-2924
Fax No.:    (818) 322-1321

Attorneys for Plaintiff
DENA BYRD

STOKES WAGNER ALC PETER B. MARETZ, SBN
pmaretz@stokeswagner.com YVONNE A. RICARDO, SBN 328278
yricardo@stokeswagner.com 600 West Broadway, Suite 910 San Diego, CA 92101
Telephone: (619) 232-4261
Facsimile: (619) 232-4840
Attorneys for Defendant WERNER ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA BYRD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DRIVERS MANAGEMENT, LLC, doing business as WERNER ENTERPRISES, INC. a California limited liability company; HIRERIGHT, a business entity doing business in California; DRIVER IQ, a North Carolina corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.  5:21-cv-00987-JGB (KKx)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES (CACD L.R. 7-1; 7-11)**<br><br>[Removed from San Bernardino Superior Court, Case No. CIV SB 2106666]<br><br>Current Hearing Date: November 8, 2021<br>Proposed Hearing Date: December 21, 2021<br>**Complaint served:**              June 3, 2021 |

Plaintiff DENA BYRD ("Plaintiff") and Defendant WERNER ENTERPRISES, INC. ("Defendant") hereby stipulate and agree as follows:

1. The complaint initiating this matter in the California Superior Court, San Bernardino County was filed February 25, 2021.
2. On June 21, 2021, Defendant filed its Notice of Removal to this Court, and concurrently filed its Answer herein [Doc # 6].
3. Thereafter, the Court set and issued a notice [Doc # 18] for a Status Conference to take place November 8, 2021 at 11:00 a.m.
4. Daniel Barness, co-counsel for Plaintiff, is the attorney who would otherwise attend the Status Conference, and engage in Rule 26 exchanges and related discussions.  Mr. Barness, however, is scheduled to appear as an expert witness in a live (jury) trial to commence in Los Angeles County Superior Court in the Stanley Mosk Courthouse (in downtown Los Angeles) on November 8, 2021 at 8:30 a.m., on the same date as the currently-scheduled Status Conference.
5. Pursuant to Plaintiff's Counsel's request, Defendant's Counsel agrees, subject to court approval, to modify the briefing schedule and continue the Status Conference by 45 days.  Subject to the Court's availability, the parties agree that the Status conference may be held on or after December 22, 2021 at 11:00 a.m.
6. The modifications to the Status Conference date and associated deadlines (to track with the hearing date pursuant to LR 26-1 *et seq)*. will also allow the Parties to continue ongoing discussions about resolving the case without further litigation.

**NOW, WHEREFORE**, the Parties stipulate and agree to continue the Status Conference date to December 22, 2021 at 11:00 a.m. (or such other date as may be necessary to accommodate the Court's scheduling), and extension of the deadlines under LR 26-1 et seq. to track with the Status Conference date.

Respectfully Submitted,

Dated:   August 23, 2021

*/s/ Daniel Barness*
Daniel Barness
BARNESS & BARNESS LLP
Attorneys for Plaintiff
DENA BYRD

Dated:   August 23, 2021

*/s/ Peter B. Maretz*
Peter B. Maretz
STOKES WAGNER ALC
Attorneys for Defendant
WERNER ENTERPRISES, INC.