# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA BYRD, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRIVERS MANAGEMENT, LLC, doing business as WERNER ENTERPRISE, INC. a California limited liability company; HIRERIGHT, a business entity doing business in California; DRIVERS IQ, a North Carolina corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No. 5:21-cv-00987 JGB-KKx<br><br>[Removed from San Bernardino Superior Court, Case No. CIV SB 2106666]<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES (CACD L.R. 7-1; 7-11)**<br><br>Current Date: November 8, 2021<br>Time:　　　　11:00 A.M.<br>Location:　　Courtroom 1<br>　　　　　　　3470 Twelfth Street<br>　　　　　　　Riverside, CA 92501<br><br>**Proposed Continuance Date/Time:**<br><br>　Date:　　　　December 21, 2021<br>　Time:　　　　11:00 A.M.<br><br>Complaint served: June 3, 2021 |

1

**THE COURT**, in light of the Parties' Stipulation to Continue Status Conference and Associated Deadlines (the Stipulation), and good cause appearing therefor,

**HEREBY ORDERS:**

1. The Stipulation is granted.

2. The Status conference previously set for November 8, 2021 at 11:00 a.m. is rescheduled to December 21, 2021 at 11:00 a.m. with the associated LR 26-1 dates and deadlines extended correspondingly as provided under LR 26-1 *et seq.*

**IT IS SO ORDERED.**

Dated:_____

United States District Court

By:_____
    Honorable Jesus G. Bernal,
    United States District Court Judge

I.

---

ORDER GRANTING STIPULATION TO CONTINUE

2