JS-6

**Ann A. Hull**
  SBN: 252855, a.hull@annhull.com
**LAW OFFICES OF ANN A. HULL, INC.**
21900 Burbank Blvd., Third Floor
Woodland Hills, CA  91367
Telephone:  (818) 606-6618
Facsimile:  (818) 322-1321
  ~and~

**Daniel I. Barness**
  SBN 104203, Daniel@BarnessLaw.com
**BARNESS & BARNESS** LLP
13636 Ventura Blvd.
Los Angeles, CA 91423
Telephone:  (310) 594-3011
Facsimile:  (818) 906-2638

Attorneys for **Dena Byrd, Plaintiff**

# UNITED  STATES DISTRICT COURT
## CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA BYRD, an individual,<br><br>                    Plaintiff,<br><br>       v.<br><br>DRIVERS MANAGEMENT, LLC, doing business as WERNER ENTERPRISE, INC. a California limited liability company; HIRERIGHT, a business entity doing business in California; DRIVERS IQ, a North Carolina corporation; and DOES 1 through 30, inclusive,<br><br>                    Defendants. | Case No. 5:21-cv-00987 JGB-KK<br>[Removed from San Bernardino Superior Court, Case No. CIV SB 2106666]<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE CASE**<br><br><br>Date:        February 28, 2022<br>Time:       11:00 A.M.<br>Location:  Courtroom 1<br>                  3470 Twelfth Street<br>                  Riverside, CA 92501 |

1

**THE COURT,** having considered "Plaintiff's Request for Dismissal with Prejudice as to Entire Case", and good cause appearing therefor,

**HEREBY ORDERS:**

The captioned action is hereby dismissed with prejudice.

**SO ORDERED.**

Dated: February 24, 2022

---

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE